IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE:   DANIEL HILL                                             CASE NO. 4:22-BK-10047
         And TRACY HILL                                          CHAPTER 13
         Debtor(s)

**MOTION FOR APPROVAL OF LOAN MODIFICATION**

Come now Daniel and Tracy Hill (the "Debtors"), by and through counsel, and for their Motion for Approval of Loan Modification, state as follows:

1. The Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on January 7, 2022 and are operating under an unconfirmed Chapter 13 plan for reorganization.

2. The Debtors have been in negotiations with PennyMac Financial Services regarding the modification of a Mortgage and Note for estate property located at 5 White Fox Cove, Jacksonville, AR 72076. Pursuant to such negotiations, Debtors propose to modify the Mortgage and Note upon further approval of this Motion by the Court.

3. A copy of the proposed Loan Modification Agreement is attached hereto as **Exhibit A** and is incorporated herein by reference.

4. Upon the Court's approval, the new terms of the Mortgage and Note shall allow the Debtors to resume normal monthly payments outside the plan and cure pre-petition arrearages of $27,027.32 at the end of the loan term.

5. Neither secured nor unsecured creditors will be negatively impacted should this Motion be granted. Debtors are paying their mortgage outside of the confirmed plan. Debtors believe that modifying the current mortgage is in the best interest of the estate. Debtors should be able to make the new mortgage payment and continue to make the scheduled plan payments as

may be modified accordingly. Therefore, Debtors request authority from the Court to modify the existing mortgage on Debtors' property.

WHEREFORE, Debtors Daniel and Tracy Hill respectfully requests this Court grant their Motion for Approval of Loan Modification, and further request all other good and proper relief to which they may be entitled.

        Respectfully submitted,

        KEECH LAW FIRM, PA
        2011 S. Broadway
        Little Rock, AR 72206
        501.221.3200 (telephone)
        501.221.3201 (fax)

By:   _/s/ Kevin P. Keech_____
       Kevin P. Keech (Ark. Bar No. 98147)
       kkeech@keechlawfirm.com

       *Attorneys for Debtors*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed via the Court's ECF system on the 30th day of March, 2022, which will send notification of such filing to all registered parties, including the following:

Joyce Bradley Babin,
Chapter 13 Standing Trustee
ecfmail@13ark.com
P.O. Box 8064
Little Rock, AR 72203-8064

United States Trustee
200 W. Capitol Ave., Suite 1200
Little Rock, AR 72201

All Creditors on the Creditor Matrix

2

*And via U.S. Mail to the following:*

PennyMac Financial Services
Attn: Jay Botello
3220 El Camino Real
Irvine, CA 92602

                                                                                    */s/ Kevin P. Keech*
                                                                                    Kevin P. Keech

3